# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 24, 2021

Lyle W. Cayce
Clerk

No. 20-60755
Summary Calendar

Carla Julianyela Viloria Rebolledo,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A209 114 756

Before Jones, Barksdale, and Stewart, *Circuit Judges*.

Per Curiam:*

Carla Julianyela Viloria Rebolledo, a native and citizen of Venezuela, seeks review of the Board of Immigration Appeals' dismissing her appeal (which it deemed interlocutory) from an Immigration Judge's (IJ) granting the Department of Homeland Security's (DHS) motion for reconsideration.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-60755

The IJ previously denied DHS's motion to reopen immigration proceedings following the IJ's granting Viloria Rebolledo's motion for adjustment of status—the IJ then granted the above-referenced DHS's motion for reconsideration.

Our jurisdiction is limited to reviewing a "final order of removal".  8 U.S.C. § 1252(a)(1); *Moreira v. Mukasey*, 509 F.3d 709, 713 (5th Cir. 2007). Viloria Rebolledo's petition, however, does not involve a challenge to such an order.  Therefore, we lack jurisdiction to consider it.

DISMISSED.